

FILED
CLERK, U.S. DISTRICT COURT

SEP - 9 2025

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 25-MJ-5435 |
| Plaintiff, | ORDER OF DETENTION |
| v. | |
| EDGAR IVAN DIEGO MENDOZA, | |
| Defendant. | |

I.

On September 9, 2025, Defendant Edgar Ivan Diego Mendoza made his initial appearance on the criminal complaint filed in this case. Deputy Federal Public Defender Michael Brown was appointed to represent Defendant. The government was represented by Assistant U.S. Attorney Christina Lopez. A detention hearing was held.

☒ On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving a narcotics or controlled substance offense with maximum sentence of ten or more years.

☒ On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

II.

The Court finds that no condition or combination of conditions will reasonably assure: ☒ the appearance of the defendant as required.

☒ the safety of any person or the community.

III.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community. [18 U.S.C. § 3142(g)] The Court also

considered the report and recommendation prepared by United States Probation and Pretrial Services.

### IV.

The Court bases its conclusions on the following:

As to risk of non-appearance:

- ☒ No legal status in the United States, citizen of Mexico, and family ties in Mexico,
- ☒ suspended or revoked California Driver's License
- ☒ Defendant subject to voluntary removal to Mexico in 2007.

As to danger to the community:

- ☒ criminal history includes history of arrests for DUI in 2022 with a probation violation/revocation, and 2023
- ☒ alleged mental health history
- ☒ history of substance abuse
- ☒ Defendant found in possession of drugs, ammunition and indicia of drug dealing at his residence and large quantities of drugs and firearms at two storage units that Defendant had access to.

### V.

The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal

for the purpose of an appearance in connection with a court proceeding.
[18 U.S.C. § 3142(i)]

Dated: September 9, 2025

                                              /s/
                                  ALKA SAGAR
                    UNITED STATES MAGISTRATE JUDGE